MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CYNTHIA M. FREY (DCBN 475889)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Cynthia.Frey@usdoj.gov
Amie.Rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  CR 14-0068 DLJ |
| v. | NOTICE OF DISMISSAL |
| JORGE OLIVERA, A/K/A "CHIVO,<br>MARIO GUERRERO, A/K/A "LIL JUNIOR", | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

States Attorney for the Northern District of California dismisses the above referenced Indictment

without prejudice.

DATED: 6/26/14

                                    Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    for J. Douglas Wilson
                                    J. DOUGLAS WILSON
                                    Chief, Criminal Division

NOTICE OF DISMISSAL (CR 14-0068 DLJ)

1    Leave is granted to the government to dismiss the above captioned Indictment.

2

3

4   Date: _____

D. LOWELL JENSEN
United States District Judge